JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>FLAVIO FERNANDEZ-SANCHEZ, )<br>)<br>   Defendant. )<br>_____ ) | No. CR 10-00219 SBA<br><br>[PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

For the reasons stated in open court and to which the parties stipulated on March 31, 2010, the Court ordered time excluded under the Speedy Trial Act from March 31, 2010 to April 6, 2010 to enable defense counsel to investigate the matter, including review of discovery. The Court found that (A) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED: April 5, 2010

_____
LAUREL BEELER
United States Magistrate Judge