UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FLAVIO FERNANDEZ-SANCHEZ,<br><br>   Defendant. | Case No:  CR 10-00219 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On September 22, 2010, the Court referred this matter to Magistrate Judge Ryu for a report and recommendation on the acceptance of Defendant's guilty plea.  On September 28, 2010, Magistrate Judge Ryu issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea.  The Court has received no objection to the Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Ryu's Report and Recommendation (Docket 20) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: October 18, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge